

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00013-CV
_____


CITY NATIONAL BANK OF SULPHUR SPRINGS, Appellant

V.

JOHN ALEXANDER SMITH, Appellee


On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. CV 40681


Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Court reporter Anna M. Upchurch recorded the trial court proceedings in appellate cause number 06-15-00013-CV, styled *City National Bank of Sulphur Springs v. John Alexander Smith*, trial court cause number CV 40681 in the 62nd Judicial District Court of Hopkins County, Texas. The reporter's record was originally due in this matter April 14, 2015. That deadline was extended twice by this Court on Upchurch's request, resulting in the most recent due date of June 15, 2015. Upchurch has now filed a third request seeking an additional extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we overrule Upchurch's third request for an extension of the filing deadline and order her to file the reporter's record in cause number 06-15-00013-CV, styled *City National Bank of Sulphur Springs v. John Alexander Smith*, trial court cause number CV 40681 in the 62nd Judicial District Court of Hopkins County, Texas, to be received by this Court no later than Wednesday, July 15, 2015.

If the reporter's record is not received by July 15, we warn Upchurch that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date: June 23, 2015